

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

(SEE ATTACHED SCHEDULE)

**FILED**

Feb 26, 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

### CONDITIONAL TRANSFER ORDER (CTO −14)

On December 12, 2014, the Panel transferred 20 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, 130 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E Fallon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of December 12, 2014, and, with the consent of that court, assigned to the Honorable Eldon E Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.



FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION                                           MDL No. 2592

SCHEDULE CTO−14 − TAG−ALONG ACTIONS

| | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|---|
| | **CALIFORNIA EASTERN** | | | |
| 15-cv-519 L(5) | CAE | 1 | 15−00166 | Soto v. Janssen Research & Development, LLC et al |
| 15-cv-520 L(5) | CAE | 1 | 15−00169 | Busby v. Janssen Research & Development, LLC, et al. |
| 15-cv-521 L(5) | CAE | 2 | 15−00259 | Eribal v. Janssen Research & Development, LLC et al |
| 15-cv-522 L(5) | CAE | 2 | 15−00262 | Sullivan v. Janssen Research & Development, LLC et al |
| 15-cv-523 L(5) | CAE | 2 | 15−00263 | Minz v. Janssen Research & Development, LLC et al |
| 15-cv-524 L(5) | CAE | 2 | 15−00265 | Dagley v. Janssen Research & Development, LLC et al |
| | **CONNECTICUT** | | | |
| 15-cv-525 L(5) | CT | 3 | 15−00129 | Smith v. Janssen Research & Development LLC et al |
| | **INDIANA SOUTHERN** | | | |
| 15-cv-526 L(5) | INS | 1 | 15−00135 | MERRELL v. JANSSEN RESEARCH , et al. |
| | **LOUISIANA WESTERN** | | | |
| | LAW | 5 | 15−00217 | Dowell v. JANSSEN RESERACH AND DEVELOPMENT LLC et al   15-cv-527 L(5) |
| | **NEW JERSEY** | | | |
| | NJ | 3 | 15−00649 | BRITTON et al v. JANSSEN RESEARCH & DEVELOPMENT LLC et al   15-cv-529 L(5) |
| | **NEW YORK EASTERN** | | | |
| | NYE | 2 | 15−00455 | Hartman et al v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC et al   15-cv-530 L(5) |
| | **NEW YORK SOUTHERN** | | | |
| | NYS | 1 | 15−00610 | Agans et al v. Janssen Research & Development LLC et al   15-cv-531 L(5) |

| | | | | |
|---|---|---|---|---|
| NYS | 1 | 15−00611 | Potter et al v. Janssen Research & Development LLC et al | 15-cv-532 L(5) |

PENNSYLVANIA EASTERN

| | | | | |
|---|---|---|---|---|
| PAE | 2 | 15−00450 | POVILAITIS v. JANSSEN RESEARCH & DEVELOPMENT, LLC et al | 15-cv-533 L(5) |
| PAE | 2 | 15−00476 | HETTEL v. JANSSEN RESEARCH & DEVELOPMENT LLC et al | 15-cv-534 L(5) |